IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALFONSO BRUCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICKY PERRY, Individually and | ) |
| In His Official Capacity as Police | )   NO: 03-558-DRH |
| Officer for the City of East St. Louis, | ) |
| et al | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's motion to compel the defendant City of East St. Louis, Illinois, to respond to plaintiff's Third Supplemental Interrogatory and all defendants to respond to plaintiff's Third Request for Production of Documents. **(Doc. 25).** The defendants have failed to timely respond to plaintiff's discovery requests in any fashion, thereby waiving all objections. Plaintiff has attempted to resolve this matter without Court involvement, to no avail.

**IT IS THEREFORE ORDERED** that defendants City of East St. Louis, Illinois, Ricky Perry and Andre Henson shall respond to said discovery requests (without objection) on or before **July 13, 2005**.

**IT IS FURTHER ORDERED** that, in accordance with Federal Rule of Civil Procedure 37(a)(4)(A), on or before **July 18, 2005**, the defendants shall show cause, in writing, why plaintiff should not be awarded the expenses associated with having to file a motion to compel.

**IT IS SO ORDERED.**

DATED: June 28, 2005              s/ Clifford J. Proud
                                  **CLIFFORD J. PROUD**
                                  **U. S. MAGISTRATE JUDGE**