IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALFONSO BRUCE,**

    **Plaintiff,**

    vs.                                          Cause No. 03-CV-558 DRH

**RICKY PERRY, Individually and
In His Official Capacity as Police
Officer for the City of East St. Louis,
ANDRE HENSON, Individually
and In His Official Capacity as
Police Officer for the City of East
St. Louis, and THE CITY OF
EAST ST. LOUIS, ILLINOIS, A
Municipal Corporation.**

    **Defendants**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

                                                **NORBERT G. JAWORSKI, CLERK**

November 15, 2007                            By:  s/Patricia Brown
                                                                  Deputy Clerk

APPROVED:  /s/     DavidRHerndon
                       **CHIEF JUDGE
                       U.S. DISTRICT COURT**